IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH BANDERAS-MENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: |
| | ) |
| PANDA EXPRESS, INC. and ALEX DOE | ) |
| AND JOHN DOE 1-2, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## PETITION FOR REMOVAL

TO:   The Judges of the United States District Court, Northern District of Georgia

The Petition of Defendant Panda Express, Inc. respectfully shows the Court as follows:

1.

A civil action has been brought against the Defendant in the State Court of Gwinnett County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. 20-C-01196-S5 in which Plaintiff is seeking a recovery of elements and items of damages which in total exceed $75,000.00 exclusive of post-judgment interest and costs.

[1]

2.

The Plaintiff is now, was at the time of the commencement of this action, and at all times since been a citizen and resident of the State of Georgia.

3.

Defendant Panda Express, Inc. is now, was at the time of the commencement of this lawsuit, and at all times since been a corporation organized and existing under the laws of the State of California, having its principal place of business in California. *See* Exhibit A at ¶ 2 & Exhibit P.

4.

Defendant Panda Express, Inc. attaches the following exhibits which were filed in this matter and constitute the record of this matter in the state court (excluding discovery filings and leaves of absence)

Exhibit A:   The Complaint and summons;

Exhibit B:   Acknowledgement of Service;

Exhibit C:   Motion to Dismiss improper party;

Exhibit D:   Order dismissing improper party;

Exhibit E:   Answer;

Exhibit F:   Motion to compel with proposed order;

Exhibit G:   Withdrawal of motion to compel;

[2]

Exhibit H:   Motion to extend discovery with proposed order;

Exhibit I:    Order extending discovery;

Exhibit J:    Notice to take plaintiff's deposition;

Exhibit K:   Notice of 30b6 deposition;

Exhibit L:   Motion to compel;

Exhibit M:   Second Notice of 30b6 deposition;

Exhibit N:   Defendant's First Requests for Admissions to Plaintiff;

Exhibit O:   Plaintiff's Responses to Defendant's First Requests for Admissions

Exhibit P:   Defendant's Secretary of State Registration;

5.

Now within thirty (30) days after receiving notice, via Plaintiff's Responses to Requests for Admission (Exhibits N & O), Defendant has filed this Petition for Removal of said action to this Honorable Court. This removal is timely because it has been filed within thirty (30) days of March 16, 2021, the date Plaintiff first gave notice that she claims more than $75,000.00 in this matter. *See* Exhibits N & O.

6.

This action could not have originally been brought in this Court under 28 U.S.C. § 1332, because although Plaintiff and Defendant are completely diverse,

[3]

Plaintiff did not plead an amount in controversy exceeding seventy-five thousand dollars ($75,000), exclusive of interest and costs. *See* Exhibit A.

7.

This action first became removable when Defendant received Plaintiff's Responses to Requests for Admission (Exhibit O) which admitted that the amount in controversy exceeds seventy-five thousand dollars ($75,000.00). *See* U.S.C.S. § 1446(b)(3): "… if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

8.

As between the Plaintiff and Defendant, there exists complete diversity of citizenship under 28 U.S.C. § 1332(a).

9.

Pursuant to 28 U.S.C. § 1441, et seq., this action is removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

10.

[4]

Defendant has simultaneously filed a Notice of Removal in the State Court of Gwinnett County, State of Georgia. A copy of the Notice being filed with the State Court of Gwinnett County is attached hereto as Exhibit Q.

WHEREFORE, Petitioner files this Petition for Removal of said cause to this Court.

This the 18th day of March 2021.

Vernis & Bowling of Atlanta, LLC

*/s/ Michael Becker*
Kimberly Sheridan, Esq.
Georgia Bar No.: 061028
Michael Becker, Esq.
Georgia Bar No. 529479

30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341
(404) 846-2001
ksheridan@georgia-law.com
mbecker@georgia-law.com

[5]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH BANDERAS-MENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: |
| | ) |
| PANDA EXPRESS, INC. and ALEX DOE | ) |
| AND JOHN DOE 1-2, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2021, I electronically filed ***Petition for Removal*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Tim Santelli, Esq.

This the 18th day of March 2021.

Vernis & Bowling of Atlanta, LLC

*/s/ Michael Becker* _____
Kimberly Sheridan, Esq.
Georgia Bar No.: 061028
Michael Becker, Esq.
Georgia Bar No. 529479

[6]

30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341
(404) 846-2001
ksheridan@georgia-law.com
mbecker@georgia-law.com