E-FILED IN OFFICE - CP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
20-C-01196-S5
2/19/2020 11:00 AM

CLERK OF STATE COURT

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Sarah Banderas-Mendez
14 Palace Dr.
Conyers, Ga.

PLAINTIFF

CIVIL ACTION NUMBER: 20-C-01196-S5

VS.

Panda Restaurant Group, Inc., dba Panda Express, Inc

c/o RA CT Corporation System
289 S Culver St, Lawrenceville, Ga. 30046

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Timothy J. Santelli
P.O. Box 19713
Atlanta, Ga. 30325

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 19 day of February, 20 20.

Richard T. Alexander, Jr.,
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - CP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**20-C-01196-S5**
2/19/2020 11:00 AM

CLERK OF STATE COURT

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SARAH BANDERAS-MENDEZ <br><br> Plaintiff, <br><br> vs. <br><br> PANDA RESTAURANT GROUP, INC, dba PANDA EXPRESS, INC., PANDA EXPRESS, INC., ALEX DOE And JOHN DOE 1-2 <br><br><br> Defendants | CIVIL ACTION #   20-C-01196-S5 |

## COMPLAINT FOR DAMAGES

Facts, Parties & Jurisdiction

1.

**SARAH BANDERAS-MENDEZ** is the plaintiff who resides at 14 Palace Dr., Conyers, Ga., and is subject to the jurisdiction and venue of this Court.

2.

DEFENDANT, **PANDA RESTAURANT GROUP, INC, dba PANDA EXPRESS, INC** is a foreign corporation doing business in Georgia. **PANDA RESTAURANT GROUP, INC, dba PANDA EXPRESS, INC** is the corporate name for a Panda Express located 1830 Scenic Highway, Snellville, Ga. and can be served via their registered agent CT Corporation System, 289 S. Culvert Street, Lawrenceville, Ga. 30046 in Gwinnett county. The defendant is subject to the jurisdiction as well as venue of this court.

3.

DEFENDANT, **PANDA EXPRESS, INC** is a foreign corporation doing business in Georgia. **PANDA EXPRESS, INC** is the corporate name for a Panda Express located 1830 Scenic Highway, Snellville, Ga. and can be served via their registered agent CT Corporation System, 289 S. Culvert Street, Lawrenceville, Ga. 30046 in Gwinnett county. The defendant is subject to the jurisdiction as well as venue of this court.

4.

DEFENDANT, **ALEX DOE** is a the unnamed manager of the Panda Express located 1830 Scenic Highway, Snellville, Ga. and can be served there in Gwinnet county. The defendant is subject to the jurisdiction as well as venue of this court.

5.

**John Doe 1-2** are individual(s), partnership (s), limited partnership (s), entity/entities, and/or corporation (s), other than the named defendant, who managed and/or maintained and/or "housekept" the premises where Plaintiff fell, and/or created the hazard that caused Plaintiff's injuries, on December 1, 2018. Once served with process, Defendant(s) JOHN DOE 1-2 is/are subject to the jurisdiction and venue of this Court.

**FACTS**

6.

Plaintiff, SARAH BANDERAS-MENDEZ was a customer at the Panda Express located at 1830 Scenic Highway, Snellville, Ga., on December 1, 2018.

7.

Plaintiff, SARAH BANDERAS-MENDEZ was in the process of entering the bathroom when she slipped and fell on an accumulation of water.

8.

The plaintiff did nothing to cause her fall.

9.

At all times relevant to this action the plaintiff was an invitee upon the premises of the hotel.

10.

At all times relevant to this action the plaintiff exercised due care for her safety.

11.

As a result of the defendants' negligence the Plaintiff suffered physical injuries.

12.

As a result of the defendants' negligence the Plaintiff suffered and continues to suffer bodily injury, diminished quality of life, a permanent injury, and incurred medical expenses.

## COUNT I
## NEGLIGENCE
## FAILURE TO MAINTAIN SAFE PREMISES

13.

Plaintiff re-alleges and re-avers paragraphs 1-13 as if recounted herein.

14.

The defendants as joint tortfeasors breached their duty to the general public and plaintiff herein by failing to maintain a safe premise causing the plaintiff's injuries.

15.

As a result, Plaintiff suffered physical injuries.

## COUNT II
## FAILURE TO WARN

16.

Plaintiff re-alleges and re-avers paragraphs 1-16 as if recounted herein.

17.

The defendants breached their duty to the general public and plaintiff herein by failing to warn of the unsafe and hazardous defect.

18.

As a result, plaintiff suffered physical injuries to his body.

## COUNT III
## CODE VIOLATIONS

19.

Plaintiff re-alleges and re-avers paragraphs 1-19 as if recounted herein.

20.

OCGA 5-3-1 codifies a landowner's duty to the public.

21.

The defendants breached their duty to the general public and plaintiff herein by failing to adhere to OCGA 51-3-1.

22.

As a result, plaintiff suffered physical injuries to her body.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully pray and demand as follows:

a) That process and summons issue, as provided by law, requiring defendants to appear and answer Plaintiff's Complaint;
b) That the defendants answer the discovery and admissions;
c) That service be had upon the defendants as provided by law;

d) That the Court award and enter a judgment in favor of Plaintiffs against defendants for compensatory damages in amounts to be proven at trial;

e) That Plaintiff receive the cost of this action and interest;

f) That Plaintiff have a trial by jury as to all issues; and

g) That Plaintiff has such other and further relief as the Court may deem just and proper.

This 19 day of February, 2020.

                                      By:s/**Timothy J. Santelli**_____
                                          Timothy J. Santelli
                                          Attorney for the Plaintiff
                                          Georgia State Bar No. 626166

Law Office of Timothy J. Santelli, PC
P.O. Box 19713
Atlanta, GA 30325
Telephone:   (404) 351-8259
Facsimile:    (404) 577-2293