IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SARAH BANDERAS-MENDEZ, | : | |
| Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 1:21-CV-01104-LMM |
| PANDA EXPRESS, INC., *et al.*, | : : | |
| Defendants. | : | |

## **ORDER**

On November 15, 2021, the parties mediated this civil action before Magistrate Judge Christopher C. Bly and reached a settlement. They intend to file a dismissal in the near future. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within thirty (30) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 15th day of November, 2021.

_____
**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.