IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTADIVISION

| | |
|---|---|
| SARAH BANDERAS-MENDEZ<br>Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION FILE<br>)   NO. 1:21-CV-01104-LMM<br>)<br>) |
| PANDA EXPRESS, INC.,<br>ALEX DOE and<br>JOHN DOES 1-2<br>    Defendants. | )<br>)<br>)<br>) |

## DISMISSAL WITH PREJUDICE

Comes, now plaintiff to file this Dismissal with Prejudice.

Respectfully submitted, this 23rd day of December, 2021.

**LAW OFFICES OF TIMOTHY J. SANTELLI, P.C.**

/s/ Timothy J. Santelli
Georgia Bar No. 626166
Attorney for Plaintiff
P.O. Box 19713
Atlanta, GA 30325
Telephone: (404) 351-8259
Email: santellilaw@bellsouth.net

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (D)**

Pursuant to LR 7.1D, the undersigned counsel certifies that the foregoing has been prepared in Times New Roman 14 point, one of the four fonts approved by the Court in LR 5.1b

**THIS 23rd** day of December, 2021.

**LAW OFFICES OF TIMOTHY J. SANTELLI, P.C.**

/s/ Timothy J. Santelli
Georgia Bar No. 626166
Attorney for Plaintiff

P.O. Box 19713
Atlanta, GA 30325
Telephone: (404) 351-8259
Email: santellilaw@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, I electronically filed **Plaintiff's Dismissal with prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Michael Becker
Vernis Bowling
30 Perimeter Dr.
Suite 200
Atlanta, Ga. 30341

    **THIS** 23rd day of December, 2021.

                                        **LAW OFFICES OF TIMOTHY J. SANTELLI, P.C.**

                                        /s/ Timothy J. Santelli
                                        Georgia Bar No. 626166
                                        Attorney for Plaintiff

P.O. Box 19713
Atlanta, GA 30325
Telephone: (404) 351-8259
Email: santellilaw@bellsouth.net